UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DJELIKA SANDRINE TRAORE DIAYE,
Plaintiff,

-v-

LIMITLESS TRANSPORTATION, LLC, *et al.*,
Defendants.

26-CV-6220 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties in this case have represented to the Court that neither the Plaintiff nor the individual Defendant are U.S. citizens. (ECF Nos. 6, 7.) It is well established, however, that federal courts will not entertain actions between non-citizens. *See Corporacion Venezolana de Fomento v. Vintero Sales Corp.*, 629 F.2d 786, 790 (2d Cir. 1980).

Because the Court lacks subject matter jurisdiction over this action under 28 U.S.C. § 1332, this case is remanded to New York Supreme Court, Bronx County.

SO ORDERED.

Dated: July 28, 2026
New York, New York

J. PAUL OETKEN
United States District Judge